IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

205 RUIDOSO INVESTMENTS, LLC,

    Plaintiff,

v.                                                CV No. 19-243 CG/SMV

WESTFIELD INSURANCE COMPANY,

    Defendant.

## ORDER DISMISSING PLAINTIFF'S COMPLAINT WITH PREJUDICE

**THIS MATTER** is before the Court on the parties' *Stipulation to Dismiss Plaintiff's Complaint with Prejudice*, (Doc. 68), filed February 21, 2020. The Court, having read the Stipulation, finds it shall be **APPROVED**.

**IT IS THEREFORE ORDERED** that Plaintiff's *Complaint*, (Doc. 1), is dismissed with prejudice, with each party bearing their own attorneys' fees and costs.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE